JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAUL PELAYO, | ) | No. CV 22-8535-JFW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L. MARTINEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is summarily dismissed.

DATED: February 6, 2024

JOHN F. WALTER
United States District Judge